UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELIA WALLACE | CIVIL ACTION |
| VERSUS | NO: 06-3830 |
| TODCO | SECTION: "A" |

**J U D G M E N T**

Considering the verdict of the jury rendered September 6, 2007;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff, Angelia Wallace, and against defendant, TODCO, in the amount of $69,062.50, together with legal interest and costs.

New Orleans, Louisiana, this 7th day of September 2007.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE